| 1 | Andrea Wirum Ch 7 Trustee, Chapter 7 Trustee |
|---|---|
| 2 | P.O. Box 1108<br>Lafayette, CA 94549 |
| 3 | Telephone: (415) 294-7710<br>Facsimile: (415) 294-7710 |
| 4 | trustee@wirum.com |




## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re:

MCCLURE, ADAM T.

Debtor(s).

Case No. 09-30220 DM

Chapter 7

**NOTICE OF UNCLAIMED DIVIDEND(S) (FRBP 3011)**

TO: THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. 120 in the sum of $1,476.47 representing the total amount of unclaimed dividend(s) in the above-entitled debtor's estate which will create a zero balance in the bank account. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. A list of the name(s), address(es) and amount(s) to be paid to each person entitled to said unclaimed dividend is attached.

Dated: May 25, 2011

_Andrea W._
Andrea Wirum Ch 7 Trustee,
Chapter 7 Trustee

LIST OF CREDITORS/CLAIMS WITH UNCLAIMED DIVIDEND(S)

| CHECK NUMBER | NAME & ADDRESS OF CLAIMANTS | AMOUNT OF DIVIDEND |
|---|---|---|
| 119 | Pete Goldie<br>c/o Robert Amos, 1744 Valpico Dr.<br>San Jose, CA 95124 | 1,476.47 |
| | Total: | $1,476.47 |

MCCLURE, ADAM T.
09-30220 DM